E-Filed: 1/5/2009
JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jose Aguilar, et al.** | CASE NO. CV 08-7243-GHK (RCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **People's Choice Home Loan, Inc., et al.,** | |
| Defendants. | |

Pursuant to the dismissal of Defendants People's Choice Home Loan, Inc. and Mortgage Electronic Registration Systems, Inc. on October 3, 2008 in California state court, as well as our December 29, 2008 order dismissing Defendant EMC Mortgage Corp., **IT IS HEREBY ADJUDGED** that Defendants shall have judgment against Plaintiffs on all claims.  Plaintiffs shall take nothing by their Complaint.

**IT IS SO ORDERED.**

DATED: January 5, 2009

_____
GEORGE H. KING
United States District Judge